UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FUNERAL CONSUMERS ALLIANCE INC, *et al*, | § § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. H-05-3394 |
| | § § | |
| SERVICE CORPORATION INTERNATIONAL, *et al*, | § § § | |
| Defendants. | § § | |

### ORDER GRANTING PLAINTIFFS' EXPEDITED MOTION TO COMPEL CERTAIN PARTY WITNESSES TO APPEAR AT TRIAL

Having considered Plaintiffs' Expedited Motion to Compel Certain Party Witnesses to Appear at Trial, as well as all papers filed in support of and in opposition to such motion, IT IS HEREBY ORDERED that, the motion is GRANTED and Batesville shall produce for live testimony at trial only Keith Ashby and Michael Muckerheide.

It is so ORDERED.

SIGNED at Houston, Texas this 19th day of July, 2010.

_____
Kenneth M. Hoyt
United States District Judge